# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1627
Lower Tribunal No. 21-3284-CA-01
_____


**Mark Thorkelson,**
Appellant,

vs.

**Soho House Beach House LLC,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Mark Thorkelson, in proper person.

Wallen Kelley, and John D. Golden and Jennifer A. Golden, for appellee.


Before SCALES, C.J., and BOKOR and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>In re Amends. to Fla. Rule of Civ. Proc. 1.510</u>, 317 So. 3d 72, 77 (Fla. 2021) ("To comply with [Rule 1.510(a)] . . . . The court must state the reasons for its decision with enough specificity to provide useful guidance to the parties and, if necessary, to allow for appellate review."); <u>Jones v. Ervolino</u>, 339 So. 3d 473, 475 (Fla. 3d DCA 2022) ("Busy trial judges need not write lengthy opinions, but must take reasonable steps to ensure the parties and appellate courts are informed as to the reasons for granting or denying the motion on which their rulings rest . . . ."); <u>see also</u> <u>Jews for Jesus, Inc. v. Rapp</u>, 997 So. 2d 1098, 1108 (Fla. 2008) (holding that defamation by implication is "subsumed within the tort of defamation" and not a separate cause of action).